**EAST KENTUCKY BEVERAGE COMPANY, Appellant,**

v.

**Janice SPANGLER, Suing by her mother and next friend, Belvia Spangler, Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1960.

Stephen Combs, Jr., Whitesburg, for appellant.

C. W. Napier, Hazard, for appellee.

PER CURIAM.

This case is before us on motion for an appeal from a judgment of the Letcher Circuit Court awarding appellee $500 for injuries resulting from consuming a beverage bottled by appellant. Integrity of the bottle was proved.

We find no prejudicial error.

The motion for an appeal is overruled, and the judgment is affirmed.